```
THOMAS F. FRIEDBERG, ESQ. (#110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400
P.O. BOX 6814
SAN DIEGO, CA 92166-0814
TEL : (619) 557-0101
FAX: (619) 557-0560
"tom@lawofficefb.com"
```

Attorneys for Plaintiff

FILED
2009 SEP -1 PM 4:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENRI MIRKADYROV,<br><br>Plaintiff,<br><br>v.<br><br>HORNBLOWER CRUISES & EVENTS, HORNBLOWER YACHTS, INC., M/V LORD HORNBLOWER, her engines, apparel and furniture.<br><br>Defendants. | CASE NO. '09 CV 1917  MMA NLS<br><br>COMPLAINT FOR PERSONAL INJURIES UNDER THE JONES ACT, 46 U.S.C. SEC. 688, et seq., and UNDER THE GENERAL MARITIME LAW<br><br>(DEMAND FOR JURY TRIAL) |

Plaintiff, GENRI MIRKADYROV, hereby alleges as follows:

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

1. This suit herein arises and is within the Admiralty and Maritime jurisdiction of the above-entitled court pursuant to the Jones Act, 46 U.S.C. §688, et seq. and under the General Maritime Laws, and is for personal injuries and for damages and sums to be paid therefore arising out of plaintiff's employment as a crew member/deck hand aboard M/V LORD HORNBLOWER; and that plaintiff, GENRI MIRKADYROV, is a seaman within the designation of persons permitted to suit herein without furnishing bond, or pre-payment of, or making deposit to secure fees, and costs for entering into and prosecuting suits conforming with the provision of 28 U.S. C. Section 1916.

///

## FIRST CAUSE OF ACTION
### (Unseaworthiness)

2. Plaintiff realleges paragraph 1 and incorporates the same by reference as a part hereof as though fully set forth herein.

3. Plaintiff is informed and believes, and based thereupon alleges, that at all times herein mentioned, defendants, and each of them, are, and were, corporations, partnerships, associations, and/or individuals doing business within the County of San Diego, State of California.

4. Plaintiff is informed and believes, and based thereupon alleges, that at all times herein mentioned, defendants, and each of them, owned, operated, maintained, entrusted, and controlled the vessel, M/V LORD HORNBLOWER, and used and employed this vessel on navigable waters of the United States.

5. Plaintiff is further informed and believes, and based thereupon alleges that at the present time or during the pendency of this suit, the above-named defendant vessel will be in the jurisdiction of this Court.

6. That at all times herein mentioned, plaintiff was employed on the vessel, owned by the defendants, and each of them, as a chef on board the M/V LORD HORNBLOWER, and was in fact a member of the crew of the vessel; that this action is prosecuted by virtue of the provision of 46 U.S.C. Section 668, et seq., and under the General Maritime Law.

7. That at all times herein, mentioned, there was and still is in force and effect an Act of Congress known as the Merchant Marine Act, approved June 5, 1920, C.250, 41 State. 1007, otherwise known as the Jones Act.

8. Plaintiff is informed and believes, and based thereupon alleges, that on or about March 3, 2008, M/V LORD HORNBLOWER was engaged in maritime operations on navigable waters, and plaintiff was aboard this vessel and was in the process of performing his duties as a member of the vessel crew, when he was severely injured, causing the damages hereinafter described.

9. Plaintiff is further informed and believes, and based thereupon alleges, that the direct and proximate cause of plaintiff's injuries as above-mentioned, was the unseaworthiness of

1  defendants' vessel.

2      10.    As a direct and proximate result of the unseaworthiness of the vessel of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, was hurt and injured in his health, strength and activity, in all parts of his body, and sustained shock and injury to his nervous system and person, all of which injuries have caused and continue to cause plaintiff great mental, physical and nervous anxiety, and pain and suffering. Plaintiff, GENRI MIRKADYROV, is informed and believes and thereon alleges, that these injuries will result in some permanent disability to plaintiff, all to his general damage, in an amount to be proven at time of trial.

    11.    As a further direct and proximate result of the unseaworthiness of the vessel of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, was required to, and did, employ physicians, surgeons and therapists to treat and care for him and did sustain expenses for such medical treatment and care, hospitalization, medicine, and for other and further medical and incidental care, for which plaintiff has incurred liability in an amount as yet unascertained. Plaintiff, GENRI MIRKADYROV, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

    12.    Plaintiff, GENRI MIRKADYROV, is informed and believes, and based thereupon alleges, that as a further direct and proximate result of the unseaworthiness of the vessel of defendants, and each of them, as hereinabove alleged, he will necessarily require additional medical care, hospitalization, medicines, and other and further medical attention in the future and will incur liability therefrom. Plaintiff, GENRI MIRKADYROV, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all said additional medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

    13.    As a further direct and proximate result of the unseaworthiness of the vessel of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, became incapacitated and was prevented from following his usual occupation for an undetermined period of time; and as a result thereof, said plaintiff suffered a loss of earnings and earning capacity and ability and other financial losses in an undetermined amount. Plaintiff, GENRI MIRKADYROV,

1  prays leave of Court to amend and/or supplement this Complaint to include the exact amount of said
2  loss of earnings and earning capacity and ability when ascertained, or to prove same at time of trial.

### SECOND CAUSE OF ACTION
(Negligence)

5  14.   Plaintiff realleges paragraphs 1 through 13, and incorporates the same as a part hereof as though fully set forth herein.

7  15.   Plaintiff is informed and believes that the direct and proximate cause of his injuries and damages, as mentioned above, was the negligence of defendants, and each of them.

9  16.   As a direct and proximate result of the negligence and carelessness of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, was hurt and injured in his health, strength and activity, in all parts of his body, and sustained shock and injury to his nervousness system and person, all of which injuries have caused and continue to cause plaintiff great mental, physical and nervous anxiety, and pain and suffering.  Plaintiff, GENRI MIRKADYROV, is informed and believes, and based thereupon alleges, that these injuries will result in some permanent disability to plaintiff, all to his general damage, in an amount to be proven at time of trial.

17  17.   As a further direct and proximate result of the negligence and carelessness of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, was required to, and did, employ physicians, surgeons and therapists to treat and care for him and did sustain expenses for such medical treatment and care, hospitalization, medicines and for other and further medical and incidental care, for which plaintiff has incurred liability in an amount as yet unascertained. Plaintiff, GENRI MIRKADYROV, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

25  18.   Plaintiff, GENRI MIRKADYROV, is informed and believes, and based thereupon alleges, that as a further direct and proximate result of the negligence and carelessness of defendants, and each of them, as hereinabove alleged, he will necessarily require additional medical care, hospitalization, medicines, and other and further medical attention in the future and will incur

liability therefrom. Plaintiff, GENRI MIRKADYROV, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable expenses when same have been ascertained, or to prove same at time of trial.

19. As a further direct and proximate result of the negligence and carelessness of defendants, and each of them, as hereinabove alleged, plaintiff, GENRI MIRKADYROV, became incapacitated and was prevented from following his usual occupation for an undetermined period of time; and as a result thereof, said plaintiff suffered a loss of earnings and earning capacity and ability and other financial losses in an undetermined amount. Plaintiff, GENRI MIRKADYROV, prays leave of Court to amend and/or supplement this Complaint to include the exact amount of said loss of earnings and earning capacity and ability when ascertained, or to prove same at time of trial.

### THIRD CAUSE OF ACTION
(Maintenance and Cure)

20. Plaintiff realleges paragraphs 1 through 19, and incorporates the same as a part hereof as though fully set forth herein.

21. On or about the above time and place, while defendants' vessel was on navigable waters, plaintiff became ill and injured while in the service of the vessel.

22. Upon plaintiff's becoming ill and injured as aforesaid, it became the duty of defendants to pay plaintiff the expenses of his maintenance and cure and wages until plaintiff reached maximum possible cure, which defendants have neglected to pay.

23. That by reason of defendants refusal and failure to pay maintenance and cure, plaintiff has incurred damages, and has also incurred attorneys' fees and costs, in an amount presently unknown and plaintiff is therefore entitled to attorneys' fees and costs and interest thereon, all in an amount to be proven at time of trial. Plaintiff is informed and believes, and based thereupon alleged, that he will suffer further damages in an amount which is not known at this time, and she prays leave to insert the same when fully ascertained.

24. Plaintiff is further informed and believes, and based thereupon alleges, that defendants failure and refusal to pay maintenance and cure was arbitrary, capricious, malicious, willful, oppressive and therefore entitles plaintiff to an award of punitive damages and attorneys fees and

1  costs in an amount to be proven at time of trial.

2  WHEREFORE, plaintiff prays judgment against defendants, and each of the, as follows:

3  1. For general damages, all in an amount to be proven at the time of trial;

4  2. For medical and related expenses, past, present and future, all in an amount to be
5  proven at the time of trial;

6  3. For loss of earnings or earning ability, past, present and future, all in an amount to be
7  proven at the time of trial;

8  4. For maintenance and cure, all in an amount to be proven at time of trial;

9  5. For attorneys' fees, all in an amount to be proven at time of trial;

10  6. For exemplary and punitive damages, all in an amount to be proven at time of trial;

11  7. For a trial by jury pursuant to Rule 38, Federal Rules of Practice;

12  8. For costs of suit incurred herein; and

13  9. For such other and further relief as this Court deems just and proper.

14  Dated: September 1, 2009            **LAW OFFICES OF FRIEDBERG & BUNGE**

By: _____
THOMAS F. FRIEDBERG, ESQ.
Attorneys for Plaintiff
GENRI MIRKADYROV

### DEMAND FOR JURY

Plaintiff hereby demands a jury trial pursuant to Rule 38, of the Federal Rules of Practice.

Dated : September 1, 2009            **LAW OFFICES OF FRIEDBERG & BUNGE**

By: _____
THOMAS F. FRIEDBERG, ESQ.
Attorneys for Plaintiff
GENRI MIRKADYROV

---

Mirkadyrov                             COMPLAINT FOR DAMAGES - PAGE 11

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GENRI MIRKADYROV

## DEFENDANTS
2009 SEP -1 PM 4:27
HORNBLOWER CRUISES & EVENTS, HORNBLOWER YACHTS, INC., M/V/ LORD HORNBLOWER

**(b)** County of Residence of First Listed Plaintiff: San Diego, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Francisco, California
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas F. Friedberg, Esq. (#110439)  (619)557-0101
Law Offices of Friedberg & Bunge, 610 W. Ash St., Ste. 1400, San Diego, California 92101

Attorneys (If Known): '09 CV 1917 MMA NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander — ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine — **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — ☐ 370 Other Fraud — ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
|  |  | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability — ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting — ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment — **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations — ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare — ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment — ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other — ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights — ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Admiralty and Maritime Jurisdiction - Jones Act (46 U.S.C. section 688, et seq.)
Brief description of cause:
Jones Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE: 08/31/2009

SIGNATURE OF ATTORNEY OF RECORD: /s/ [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

